AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOEL CARR,

                    Plaintiff,

v.

USDA FARM SERVICE AGENCY, and
ARLENE STRATE for NATALIE & HALEY
DEKING,

                    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-04-272-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion for Relief from Defendant's Order dated 3/11/05 (Ct.Rec. 45) is denied. Judgment is entered in favor of Defendants.

May 2, 2005
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson